ORIGINAL

FILED
DEC 14 2007
U.S. COURT OF FEDERAL CLAIMS

UNITED STATES COURT OF FEDERAL CLAIMS

RCFC 7.1 Disclosure Statement

In Southern California Edison Company and Included Subsidiaries, and Edison International, as common parent agent for Southern California Edison Company v. United States, Southern California Edison is 100% owned by Edison International. Edison International is a publicly held corporation.

07-874 T