IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 07-874 T
(Judge Mary Ellen Coster Williams)

SOUTHERN CALIFORNIA EDISON
COMPANY, ET AL.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

MOTION FOR ENLARGEMENT

The United States respectfully moves the Court for an enlargement of time of 45 days, from February 12, 2008, to and including March 28, 2008, within which to answer or otherwise respond to the complaint. This is the first enlargement requested for this purpose. Plaintiff's attorney has indicated that he will not object to the allowance of this motion. In support of this motion, defendant states as follows:

Immediately upon receipt of the complaint, the Government's attorneys forwarded a copy to the Office of Chief Counsel, Internal Revenue Service, along with a request to assemble the relevant files, and to prepare a written recommendation respecting the legal position that the Government should adopt. The Government's attorneys have not yet received the relevant files, without which it is impossible to draft an appropriate response to the complaint, and have been informed that the files will not arrive in time to accomplish timely filing of our response.

Therefore, this enlargement is necessary to allow the Government's attorneys sufficient time to receive and review the files, along with the Service's recommendation, and to draft a response to the complaint.

Accordingly, the United States requests that the Court allow this motion.

Respectfully submitted,

s/Jacob Christensen
JACOB E. CHRISTENSEN
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-0878

NATHAN J. HOCHMAN
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
W. C. RAPP
Senior Trial Attorney

February 6, 2008

s/W.C. Rapp
Of Counsel