# In the United States Court of Federal Claims

**No. 07-874T**
**(Filed: February 6, 2008)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**SOUTHERN CALIFORNIA EDISON COMPANY, ET AL.**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

---

On February 6, 2008, Defendant filed an unopposed motion for an enlargement of time of 45 days, to and including **March 28, 2008**, within which to answer or otherwise respond to the complaint. Good cause having been shown, this motion is **GRANTED.**

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**