IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 07-874 T
(Judge Mary Ellen Coster Williams)

SOUTHERN CALIFORNIA EDISON COMPANY, ET AL.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

# JOINT PRELIMINARY STATUS REPORT

Pursuant to paragraphs 4 and 5 of RCFC Appendix A, the parties submit the following information:

a. JURISDICTION

Plaintiffs' Statement

This is an action arising under the laws of the United States for the recovery of statutory interest under section 6611 of the Internal Revenue code owed by defendant to plaintiff. This action was brought within the six-year statute of limitations which is applicable to actions against the United States (28 U.S.C. §§ 2501 and 2401) and thus, this court has jurisdiction pursuant to 28 U.S.C. 1491.

Defendant's Statement

The complaint, which seeks to recover overpayment interest under 26 U.S.C. § 6611, is untimely under 28 U.S.C. §§ 2501 and 2401, and the Court lacks jurisdiction to grant the relief requested therein.

b. CONSOLIDATION

The parties do not believe that this case should be consolidated with any other case before the Court of Federal Claims at this time.

c. BIFURCATION OF TRIAL

If this case proceeds to trial, the parties believe that separate trials of liability and damages are unnecessary. All evidence necessary to resolve both issues should be presented together. We would suggest that the Court initially determine the question of liability only, and afterwards, depending upon the Court's ruling on the merits, permit the parties a reasonable period within which to perform and agree upon any necessary computation of interest due. This will avoid devoting unnecessary attention to computations at trial.

d. DEFERRAL OF PROCEEDINGS

The parties do not believe that these proceedings should be deferred pending consideration of any other case.

e. REMAND OR SUSPENSION

Not applicable.

f. ADDITIONAL PARTIES

The parties do not know of any other parties to be joined.

g. DISPOSITIVE MOTIONS

<u>Plaintiffs' Statement</u>

Plaintiffs anticipate filing a motion for summary judgment pursuant to RCFC 56. Plaintiffs expect to prepare and file their motion after they have had an opportunity to explore the relevant facts through discovery.

Defendant's Statement

Defendant anticipates filing a motion to dismiss this case for lack of jurisdiction, pursuant to RCFC 12(b)(1). Defendant expects to prepare and file its motion after it has had an opportunity to explore the relevant jurisdictional facts through discovery.

h. ISSUES

Plaintiffs' Statement

The issue in this case is whether plaintiffs are entitled to recover statutory interest from the date March 15, 1987, through the date November 15, 1994, that is owed by defendant to plaintiffs with respect to a tax overpayment of $1,246,155 that defendant made on March 18, 2002, regarding SCE Group's 1986 tax year, plus additional statutory interest according to law.

Defendant's Statement

The issue in this case is whether the complaint, in which plaintiffs seek to recover overpayment (statutory) interest on a tax refund they received in 1994 with respect to tax year 1986, is jurisdictionally barred by the 6-year statute of limitations under 28 U.S.C. §§ 2501 and 2401.

i. SETTLEMENT

Plaintiffs' Statement

Plaintiffs believe that the case is susceptible to settlement, and anticipates that defendant may come to this belief after defendant has had an opportunity to explore the relevant facts through discovery. Plaintiff is open to resolving this case through alternative dispute resolution.

<u>Defendant's Statement</u>

Given the jurisdictional defect of the complaint, the defendant does not believe this case is susceptible to settlement and, therefore, any alternative dispute proceedings would be unproductive at this time.

j. TRIAL

The parties do not believe that trial will be necessary in this case. If this case does proceed to trial, the courthouse of the Court of Federal Claims in Washington, D.C. would be an appropriate location for such event.

k. ELECTRONIC CASE MANAGEMENT

The parties are not aware of any special issues regarding electronic case management needs.

l. OTHER INFORMATION

The parties do not know of any other information of which the Court should be aware at this time.

PROPOSED DISCOVERY PLAN

The parties request a period of six months from the date the Court enters a discovery order in this case within which to conduct discovery. At this time, neither party anticipates the need for expert witnesses. Within 30 days following the close of discovery, the parties propose that they file a joint status report respecting proposed further proceedings in this case, unless a dispositive motion is filed by either party before that time.

Plaintiffs' counsel joins in this status report and has authorized defendant's counsel to sign and file on his behalf.

Respectfully submitted,

s/Arthur L. Bailey
Arthur L. Bailey
J. Walker Johnson
Alexis A. MacIvor
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036

Attorneys for Plaintiffs

May 19, 2008

s/Jacob Christensen
JACOB E. CHRISTENSEN
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
Voice: (202) 307-0878
Fax: (202) 514-9440
Email: jacob.e.christensen@usdoj.gov

NATHAN J. HOCHMAN
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
W. C. RAPP
Senior Trial Attorney

s/W.C. Rapp
Of Counsel

May 19, 2008