# In the United States Court of Federal Claims

**No. 07-874T**
**(Filed: June 5, 2008)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**SOUTHERN CALIFORNIA EDISON COMPANY, ET AL.**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

## SCHEDULING ORDER
## FOR AN ENLARGEMENT OF TIME

---

Pursuant to United States Court of Federal Claims Rule (RCFC) 16(b), the Court held a conference with the parties on June 5, 2008, to set a schedule for discovery, pretrial and trial and to address any outstanding issues with the parties. In accordance with the representations made by the parties, the Court schedules the following:

1. **Fact Discovery**. All fact discovery, including all depositions, shall conclude on or before **December 12, 2008**. In order to achieve this deadline, the parties shall make witnesses available for deposition at reasonably convenient locations and times. The parties are reminded that the rules of the Court contemplate the use of depositions at trial for testimonial purposes in certain circumstances "as though the witness were then present and testifying. . . ." See RCFC 32(a).

2. **Dispositive Motions**. Any dispositive motion shall be filed on or before **January 12, 2009**. Any response shall be filed on or before **February 9, 2009**, and any replies shall be filed on or before **February 23, 2009**.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**